UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN GONZALEZ,<br><br>        Petitioner,<br><br>  -against-<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | 21-CR-0262-1 (RMB)<br><br>23-CV-2026 (RMB)<br><br>ORDER |

  The Court respectfully directs Mr. Glenn A. Garber to file a response to Petitioner's 28 U.S.C. § 2255 habeas petition, docketed on March 8, 2023, on or before April 10, 2023.

Dated: March 13, 2023
   New York, New York

                 *RMB*
                **RICHARD M. BERMAN, U.S.D.J.**