UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN GONZALEZ, | |
| Petitioner, | 21-CR-0262-1 (RMB) |
| -against- | 23-CV-2026 (RMB) |
| UNITED STATES OF AMERICA, | ORDER |
| Respondent. | |

Having received the notarized Attorney Client Privilege Waiver form, dated June 16, 2023, from the Petitioner, the Court respectfully directs Mr. Glenn Andrew Garber, Esq. to file a response to Petitioner's 28 U.S.C. § 2255 habeas petition (originally docketed on March 8, 2023), on or before November 22, 2023.  The U.S. Attorney's Office shall file an answer or other pleadings in response to the Defendant's habeas petition, alleging, among other things, counsel's alleged ineffectiveness, by December 18, 2023.

Mr. Gonzalez shall have thirty days from the date on which he is served with the Government's answer or other pleadings to file a reply.  Absent further order, the motion will be considered fully submitted as of the date of Defendant's reply, if any.

The Clerk of Court is requested to serve copies of this Order.

Dated: November 1, 2023
       New York, New York

_____
**RICHARD M. BERMAN, U.S.D.J.**